[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAR 22 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donte S. Echols

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

19cv2007
Judge Alonso
Mag. Judge Harjani
PC 7

Case No. _____
(To be supplied by the Clerk of this Court)

vs.

Donald Kramer

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

☐ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

☐ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: Donte S. Echols
   B. List all aliases: _____
   C. Prisoner identification number: Y-10050
   D. Place of present confinement: Kane County
   E. Address: 37W.755 RT.38 Suite B

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Donald Kramer
      Title: Sheriff
      Place of Employment: Kane County Jail

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _N/A_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date (5-23-18) at approximatly 10:30 AM I Donte Echols was parked at Oakhurst parking lot. While sitting in the car I was approached by multiple agencies at gun point, at which that time one of the officers opened the back passanger door and told me to step out. Then I was shoved against the car and then handcuffed without being read my maranda rights. I was never informed about what was taking place, but I was told that there was a home invasion near the park which there are really no houses near that park. At that time 1 to 3 officers searched the car and came up empty. I was then placed in a paddy wagon and driven to the Aurora Police Dept. under arrest

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

for a Robbery that took place about 2 weeks prior to my accest that I had no knowledge of. After 2 days at the APD I was taking to the Kane County Jail for that charge. That charge was dissmised after 10½ months sitting in the Kane County Jail. During my stay at the KCJ I lost my place of residence, and almost lost my girlfriend until they dissmised my case. I was subjected to cruel and unusal punishment which in fact violated my 8th amedment Right to the U.S. const. and also my 14th amedment right to due process was violated under the U.S const.

*Donti Echols*
Donté Echols

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Im looking for Compensation for my Constitutional Rights being violated.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Donte Echols_
(Signature of plaintiff or plaintiffs)

Donte Echols
(Print name)

210976
(I.D. Number)

37W 755 RT 38. Suite B.
St. Charles. IL. 60175
(Address)

Donte Echols #210976
37W.755 RT.38 Suite B
St. Charles, IL. 60175



03/22/2019-1

Legal Mail

2019 MAR 22  AM 8:09
CLERK
U.S. DISTRICT COURT

Office of the Clerk U.S. District Court
219. S Dearborn
Chicago. IL. 60604



19cv2007
Judge Alonso
Mag. Judge Harjani
PC 7